

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336



1  DANIEL G. BOGDEN
   United States Attorney
2  SUSAN CUSHMAN
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SEALED |
| | ) CRIMINAL INDICTMENT |
| Plaintiff, | ) |
| | ) Case No.: 2:13-cr- 365 |
| vs. | ) VIOLATIONS: |
| | ) 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – |
| BRAD A.K. IVESTER, | ) Conspiracy to Distribute a Controlled |
| PEDRO FRANCIS PEBENITO, | ) Substance; 21 U.S.C. §§ 841(a)(1) and |
|   aka Pia, and | ) (b)(1)(A) – Distribution of a Controlled |
| MANUEL ALBERT PEREZ, | ) Substance |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
Conspiracy to Distribute a Controlled Substance

Beginning from a time unknown, and continuing up to and including June 28, 2013, in the State and Federal District of Nevada,

**BRAD A.K. IVESTER, PEDRO FRANCIS PEBENITO,
and MANUEL ALBERT PEREZ**

defendants herein and others known to the grand jury, did knowingly and intentionally combine, conspire, confederate and agree with individuals known and unknown to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

## COUNT TWO
Distribution of a Controlled Substance

On or about August 18, 2011, in the State and Federal District of Nevada,

**BRAD A.K. IVESTER**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT THREE
Distribution a Controlled Substance

On or about October 19, 2011, in the State and Federal District of Nevada,

**BRAD A.K. IVESTER**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FOUR
Distribution of a Controlled Substance

On or about May 30, 2012, in the State and Federal District of Nevada,

**MANUEL ALBERT PEREZ**

defendant herein and another known to the grand jury, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FIVE
Distribution of a Controlled Substance

On or about June 26, 2013, in the State and Federal District of Nevada,

**MANUEL ALBERT PEREZ**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**DATED:** this 24th day of September, 2013.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

SUSAN CUSHMAN
Assistant United States Attorney

3