```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         SEP 2 4 2013

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
              BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **May 22, 2013** TERM. **13-02** | **MINUTES OF COURT** <br> DATE: September 24, 2013 @ 1:00 PM – 1:04 PM |

PRESENT:   The Honorable   Cam Ferenbach   , U.S. Magistrate Judge.

DEPUTY CLERK:   Joan Quiros         REPORTER:   Phyllis Wright

UNITED STATES ATTORNEY:   Susan Cushman      COURTROOM:   3D

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment.

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| **2:13-CR-365** | **SEALED (3 DEFENDANTS)** | **WARRANTS** |
| **2:13-CR-366** | **ANTHONY VALENZUELA** <br> **(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |
| **2:13-CR-367** | **RAMSEY LAMAR HILL** <br> **(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:13-CR-366 & 2:13-CR-367** will be held on **Thursday, October 3, 2013 @ 3:00 pm** before the **PRESIDING JUDGE in Courtroom 3C**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Joan Quiros

Deputy Clerk