PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT   Las Vegas
DISTRICT OF NEVADA   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): SUSAN CUSHMAN

CASE NO. 2:13-cr-365

USA vs.
Defendant: MANUEL ALBERT PEREZ

Address:

[stamp: CLERK US DISTRICT COURT, DISTRICT OF NEVADA, SEP 24 2013, RECEIVED/FILED/ENTERED/SERVED ON COUNSEL/PARTIES OF RECORD]

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☐ Male  ☐ Female   ☐ Alien (if applicable)

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Carlos Feliz - FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense _____  County _____

### DEFENDANT

Issue: ☑ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 5

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21/846, 841(a)(1), (b)(1)(A) | Conspiracy to Distribute of a Controlled Substance | 1 |
| 4 | 21/841(a)(1) and (b)(1)(A) | Distribution of a Controlled Substance | 4, 5 |