AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>**MANUEL ALBERT PEREZ**<br>*Defendant* | )<br>)<br>) Case No. 2:13-cr- 365<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MANUEL ALBERT PEREZ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846, 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute a Controlled Substance
21 U.S.C. 841(a)(1) and (b)(1)(A) - Distribution of a Controlled Substance

LANCE S. WILSON
CLERK
*Lance S Wilson*
(By) DEPUTY CLERK

September 24, 2013   Las Vegas, NV
DATE

13-72658
2013 SEP 24 PM 3 05
RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA

---

**Return**

This warrant was received on *(date)* 09/24/13 , and the person was arrested on *(date)* 10/21/13
at *(city and state)* LAS VEGAS, NV .

Date: 10/21/13

ICE
by [signature]
*Arresting officer's signature*

*Printed name and title*