```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
                     COUNSEL/PARTIES OF RECORD

         OCT 2 1 2013

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
)  Case # 2:13 CR 365
vs. )
)  **DESIGNATION OF RETAINED COUNSEL**
MANUEL PEREZ )  **AND APPEARANCE PRAECIPE**
)
Defendant. )

The undersigned defendant hereby appoints  GABRIEL GRASSO

to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in

this case unless this appointment be sooner revoked.

DATED:  10/21/13            X _____
                               Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as

attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney

may appear in my place unless prior permission is granted by the Court, and then ONLY when

consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all

proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of

any change in my address or telephone number.

DATED:  10/21/13            _____
                               Attorney's signature

                            9525 Hillwood Dr.
                            Attorney's address

                            Suite 150
                            Las Vegas NV 89134

                            702-868-8866
                            Attorney's phone number

Revised 6/15/09