**STIP**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for PEREZ

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANUEL PEREZ,<br><br>　　　　　Defendant. | Case No.:　2:13-cr-00365-JAD-CWH<br><br>STIPULATION TO CONTINUE<br>MOTION TO MODIFY CONDITIONS<br>OF RELEASE HEARING<br><br>(FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

　　IT IS STIPULATED between the defendant MANUEL PEREZ (PEREZ) through his attorney GABRIEL L. GRASSO, ESQ. and the United States of America, through SUSAN CUSHMAN, Assistant United States Attorney, that the unopposed motion to modify conditions of release hearing currently scheduled for July 11, 2014, at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this court.

　　1.　Defense counsel will be out of the jurisdiction on Friday, July 11 and Monday, July 14, 2014.

　　2.　The defendant does not have an objection to this continuance.

　　3.　The parties request a reset hearing sometime on or after July 15, 2014

DATED this 8th day of July, 2014.

RESPECTFULLY SUBMITTED BY:

　　/s/ Susan Cushman　　　　　　　　　　　　　　/s/ Gabriel L. Grasso　　　
SUSAN CUSHMAN　　　　　　　　　　　　　　　　GABRIEL L. GRASSO
Assistant United States Attorney　　　　　　　　　Attorney for Defendant

STIP
GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for PEREZ

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANUEL PEREZ, ) <br> ) <br> ) <br> Defendant. ) | Case No.:   2:13-cr-00365-JAD-CWH <br><br> STIPULATION TO CONTINUE <br> MOTION TO MODIFY CONDITIONS <br> OF RELEASE HEARING <br><br> (FIRST REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel will be out of the jurisdiction on Friday, July 11, 2014.
2. The defendant is not incarcerated and does not object to the continuance.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would result in a miscarriage of justice.
2. For all of the above stated reasons, the ends of justice would best be served by a continuance of the hearing date.

**ORDER**

**IT IS ORDERED** that the unopposed motion to modify conditions of release hearing currently scheduled for July 11, 2014, at the hour of 9:00 a.m., be vacated and continued to Thursday, July 24, 2014, at 11:00 a.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2014.