**MOT**
**GABRIEL L. GRASSO, ESQ.**
**State Bar Number 7358**
**9525 Hillwood Drive, Suite 190**
**Las Vegas, Nevada 89134**
**(702) 868-8866**
**Attorneys for PEREZ**

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
                           )   Case No.:   **2:13-cr-00365-JAD-CWH**
vs.                        )
                           )   **UNOPPOSED MOTION TO MODIFY**
                           )   **CONDITIONS OF PRETRIAL RELEASE**
MANUEL PEREZ,              )
                           )
              Defendant.   )
_____)

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

MANUEL PEREZ, (PEREZ) through his attorney, GABRIEL L. GRASSO, ESQ., moves this Court to Modify the Conditions of his Pretrial Release. Specifically, PEREZ requests the Court remove location monitoring under home detention. The Government does not oppose this Motion.

Gabriel L. Grasso, P.C.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
(702) 868-8866

_/s/_
GABRIEL L. GRASSO, Esq.

**ARGUMENT**

1. On October 21, 2013, this Court held the Initial Appearance/Arraignment & Plea Hearing in this case wherein PEREZ appeared in custody.

2. This Court released PEREZ on pretrial supervision.  One condition which was applied to his release was location monitoring under home supervision.

3. PEREZ has been in compliance with his monitoring for over 8 months. Pretrial Supervision supports this request and is willing to present proof of PEREZ' exemplary record on supervision.

4. Based upon the recommendation of Pretrial Services, the Government does not oppose this Motion.

   DATED this 26th day of June, 2014.

       Gabriel L. Grasso, P.C.
       State Bar Number 7358
       9525 Hillwood Drive, Suite 190
       Las Vegas, NV 89134
       (702) 868-8866


          /s/
       GABRIEL L. GRASSO, Esq.


**ORDER**

  **IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion to Modify Conditions of Release is ___*granted*___.  The location monitoring under home supervision will no longer be a requirement of his pretrial conditions.


DATED this __24th__ day of __July__, 2014.


_____
UNITED STATES MAGISTRATE JUDGE
*DISTRICT*

2