DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-0365-JAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (Fourth Request) |
| MANUEL ALBERT PEREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Gabriel L. Grasso, Esq. counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Monday, August 8, 2016, at 11:00 a.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 30 days

This Stipulation is entered into for the following reason:

1. Counsel for the defendant is currently is out of the District from July 26 – August 16, 2016, and counsel for the government is out of the District from August 15—26, 2016.

2.  The parties agree to the continuance.

3.  The defendant is not in custody and does not object to the continuance.

4.  This is the fourth request to continue the sentencing.

DATED this 27th day of July, 2016.

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN  
                                    United States Attorney

                                    /s/ Susan Cushman  
                                    _____  
                                    SUSAN CUSHMAN  
                                    Assistant United States Attorney

                                    /s/ Gabriel L. Grasso  
                                    _____  
                                    GABRIEL L. GRASSO  
                                    Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-0365-JAD |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| vs. | |
| MANUEL ALBERT PEREZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until 9/12/2016 at the hour of 11:00 a.m.

DATED this _27_ day of July 2016.

_____
UNITED STATES DISTRICT JUDGE

3